UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER REIMER,

           Plaintiff,

v.

THE CENTER FOR COUNSELING AND HEALTH RESOURCES, et al.,

           Defendants.

NO. C07-1123MJP

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

      This matter comes before the Court on Plaintiff's Motion to Compel. (Dkt. No. 90.) After reviewing the motion, Defendants' response (Dkt. No. 120), Plaintiff's reply (Dkt. No. 132), and all papers submitted in support thereof, the Court GRANTS the motion.

1. <u>Documents Responsive to Requests for Production No. 7, 8, and 9</u>

      This portion of Plaintiff's motion is GRANTED. Defendant must disclose all documents that are responsive to Requests for Production numbers 7, 8, and 9 without regard to whether they can be obtained elsewhere through public disclosure. Any confidential patient information contained in the documents can be redacted before production.

2. <u>Documents Responsive to Request for Production No. 14</u>

      This portion of Plaintiff's motion is GRANTED. All evidence of donations received on Ms. Reimer's behalf must be produced.

ORDER ON MOTION TO COMPEL - 1

3. <u>Interrogatories No. 4 and 5</u>

This portion of Plaintiff's motion is GRANTED.  Defendants must identify all health plans billed for the specified treatment along with information about which health plans provided reimbursement for the treatment and the number of patients that have been affected.

4. <u>Request for Production No. 4 and 5</u>

This portion of Plaintiff's motion is GRANTED.  Defendants are instructed to produce responsive documents with any patient health care information redacted.  <u>See</u> <u>Wright v. Jeckle</u>, 121 Wn. App. 624, 630 (Wash. Ct. App. 2004) ("'Health care information' means any information that identifies or can readily be associated with the identity of a patient and directly relates to the patient's health care"); <u>see also</u> <u>Prison Legal News v. Dep't of Corr.</u>, 154 Wn.2d 628, 645 (Wash. 2005) (disclosure of documents appropriate when health care information was redacted).

<u>Conclusion</u>

Plaintiff's motion to compel is GRANTED.  Defendants' are directed to produce the requested documents and responses within five days of this order.

The Clerk is directed to send a copy of this order to all counsel of record.

Date:  May 15, 2008

Marsha J. Pechman

U.S. District Judge

ORDER ON MOTION TO COMPEL - 2